# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| LARO, DAVID | UNITED STATES TAX COURT | 04/16/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| SENIOR JUDGE | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final | 01/01/2013<br>to<br>12/31/2013 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

400 SECOND STREET, N.W.
ROOM 402
WASHINGTON, DC 20217

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Faculty | Georgetown University Law Center |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| LARO, DAVID | 04/16/2014 |

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of filing instructions.)

### A. Filer's Non-Investment Income

☐ NONE (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | | |
| 2. | 2013 | Teaching, U. of San Diego Law School | $52,135.99 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, complete this section.

(Dollar amount not required except for honoraria.)

☑ NONE (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)

☐ NONE (No reportable reimbursements.)

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of San Diego Law School | January-March | San Diego | Teaching | Meals, Hotel Transportation |
| 2. | Florida CPA Society | January 10,2013 | Fort Lauderdale | Speech | Meals, Hotel,Transportation |
| 3. | AICPA | January 26, 2013 | Phoenix | Speech | Meals, Hotel,Transportation |
| 4. | Business Valuation Association | November 21,2013 | Chicago | Speech | Meals, Hotel,Transportation |
| 5. | | | | | |

**FINANCIAL DISCLOSURE REPORT**

Page 3 of 13

Name of Person Reporting

LARO, DAVID

Date of Report

04/16/2014

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LARO, DAVID | 04/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1 | E | Int./Div. | P2 | T | | | | | |
| 2. -Fairfax Co. VA EDA TSPTN 4/1/15 | | | | | | | | | |
| 3. -Virginia St B/E DD | | | | | | | | | |
| 4. -Morgan Stanley Bank(Formerly MS Bank Deposit Program ) | | | | | | | | | |
| 5. -Citibank,NA(Formerly part of MS Bank Deposit Program) | | | | | Closed | 06/01/13 | M | | |
| 6. -Bank of China-NY CD | | | | | Matured | 01/07/13 | K | | |
| 7. -Bank of China-NY CD | | | | | Matured | 01/07/13 | L | | |
| 8. -Bank of China-NY CD | | | | | Matured | 01/07/13 | L | | |
| 9. -Ally Bank-UT CD | | | | | Matured | 04/05/13 | K | | |
| 10. -Ally Bank-UT CD | | | | | Matured | 04/05/13 | L | | |
| 11. -Ally Bank-UT CD | | | | | Matured | 04/05/13 | L | | |
| 12. -American Express Centurio-UT CD | | | | | Matured | 04/08/13 | L | | |
| 13. -American Express Centurio-UT CD | | | | | Matured | 04/08/13 | L | | |
| 14. -Lubbock Tex CTFS Oblig Bond 5491 | | | | | Matured | 02/15/13 | K | | |
| 15. -IL St First Ser MBIA Bond 4521 | | | | | Matured | 04/01/13 | K | | |
| 16. -Ohio St Wtr Dev Auth Bond 6776 | | | | | Matured | 12/02/13 | K | | |
| 17. -Norfolk Va RFDG Cap Bond 6558 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LARO, DAVID | 04/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Va Pub Sch Au Sch Fin Bond 9281 | | | | | | | | | |
| 19. -Va Pub Bldg Auth Bond 9281 | | | | | | | | | |
| 20. -Loundon CntyVA GO Bond 5458 | | | | | | | | | |
| 21. -Va College Bldg Auth Bond 9277 | | | | | | | | | |
| 22. -Arlington Cnty Va Rfdg Pub Bond 0414 | | | | | | | | | |
| 23. -Virginia ST RFOG-serB 06//01/14 | | | | | | | | | |
| 24. -Prince William County Va PUB IMPT 08/01/15 | | | | | | | | | |
| 25. -Capital One (formerly Chevy Chase) Accounts | | | | | | | | | |
| 26. -Citibank Accounts | | | | | | | | | |
| 27. -Citigroup Inc. | | | | | | | | | |
| 28. -Alaska Muni Bond Ref Series 3 9/1/13 | | | | | Matured | 09/03/13 | L | | |
| 29. -Norfolk Va Cap Impt-A 3/1/14 | | | | | | | | | |
| 30. -Louisiana St. Genl Oblig Ref B 5/15/14 | | | | | | | | | |
| 31. -Florida St. Brd Ed Lottery Rev-A 7/1/14 | | | | | | | | | |
| 32. -Kansas St TPK Auth TPK Rev Ref-A 9/1/14 | | | | | | | | | |
| 33. -Hampton Roads Santn Dist Va Wastewater Rev A 1/1/15 | | | | | | | | | |
| 34. -Loudoun Cnty Va Pub Impt 7/1/15 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **LARO, DAVID** | 04/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Va College Bldg Auth Va Edl 9/1/15 | | | | | | | | | |
| 36. -Metro Washington DC Arpts Auth 10/1/15 | | | | | | | | | |
| 37. -Md St Dept Transn Cons 6/1/16 | | | | | | | | | |
| 38. -Fairfax County Va Ref Pub Impt C 10/1/16 | | | | | | | | | |
| 39. -Va St Res Auth Infra Structure 11/1/16 | | | | | | | | | |
| 40. -San Antonio Tex Impt Rev 8/1/17 | | | | | | | | | |
| 41. -Arlingon Cnty Va Pub Impt B 8/15/17 | | | | | | | | | |
| 42. -Atlanta Ga Arpt Genl Rev Ref Ser-A 1/1/18 | | | | | | | | | |
| 43. -Va St Pub Sch Auth Rev-D 8/1/18 | | | | | | | | | |
| 44. -New York City Trans Fin Auth Future Tax 11/1/18 | | | | | | | | | |
| 45. -Virginia St 6/1/22 | | | | | | | | | |
| 46. -Discover Bk CD Greenwood DE | | | | | Matured | 07/18/13 | K | | |
| 47. -Discover Bk CD Greenwood DE | | | | | Matured | 07/18/13 | M | | |
| 48. -GE Cap Ret BK Draper UT CDS | | | | | Matured | 07/19/13 | L | | |
| 49. -American Gold Eagle | | | | | | | | | |
| 50. -American Gold Eagle | | | | | | | | | |
| 51. -Banco Popular DE P.R. STN CD (X) | | | | | Matured | 01/07/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | | |
|---|---|---|
| **Name of Person Reporting** <br> LARO, DAVID | | **Date of Report** <br> 04/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Banco Popular DE P.R. STN CD (X) | | | | | Matured | 01/07/13 | L | | |
| 53. -Banco Popular DE P.R. STN CD (X) | | | | | Matured | 01/07/13 | L | | |
| 54. -U.S. Treas Notes(Y) matures 9/15/14 | | | | | | | | | |
| 55. -Bank of India CD | | | | | Buy | 10/09/13 | M | | |
| 56. -Oriental B&T CD | | | | | Buy | 08/01/13 | M | | |
| 57. -Bank of Baroda CD | | | | | Buy | 08/01/13 | M | | |
| 58. -Fifththird Bank CD | | | | | Buy | 08/01/13 | M | | |
| 59. -Mizrah Tefahot CD | | | | | Buy | 08/01/13 | M | | |
| 60. -Susquehanna Bank CD | | | | | Buy | 08/01/13 | M | | |
| 61. -Ally Bank | | | | | | | | | |
| 62. Trust #2 | F | Int./Div. | P1 | T | | | | | |
| 63. - DirectTV Group, Inc. | | | | | | | | | |
| 64. -Intel Stock | | | | | | | | | |
| 65. -Express Scripps Holding (Formerly Medco) | | | | | | | | | |
| 66. -Virginia St Res Auth Clean Wtr | | | | | | | | | |
| 67. -Hampton Roads Santn Dist Va | | | | | | | | | |
| 68. -Morgan Stanley Bank(formerly Citi Bank NA) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LARO, DAVID | 04/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Lubbock Tex CTFS OBLIG Bond 5491 | | | | | Matured | 02/15/13 | K | | |
| 70. -IL St. First Ser MBIA Bond 4521 | | | | | Matured | 04/01/13 | K | | |
| 71. -Ohio St WTR DEV Auth Bond 6776 | | | | | Matured | 12/02/13 | K | | |
| 72. -Norfolk Va RFDG CAP Bond 6558 Bvd | | | | | | | | | |
| 73. -Va Pub Sch Au Sch Bond 9281 | | | | | | | | | |
| 74. -Va Pub Bldg Au Bond 9281 | | | | | | | | | |
| 75. -Va Commonwealth GO Bond 9281 | | | | | | | | | |
| 76. -Va College Bldg Auth Bond 9277 | | | | | | | | | |
| 77. -Loudon Cnty Va Bond 5458 | | | | | | | | | |
| 78. -Arlington Cty Va RFDG Pub Bond 0 | | | | | | | | | |
| 79. -Capital One (formerly Chevy Chase) Accounts | | | | | | | | | |
| 80. -Citibank Accounts | | | | | | | | | |
| 81. -U.S. Treasury | | | | | | | | | |
| 82. -Ally Bank | | | | | | | | | |
| 83. -Arlingtton Cnty VA Pub Impt-B 8/15/17 | | | | | | | | | |
| 84. -Virginia St HSG Dev Auth 4/11/18 | | | | | | | | | |
| 85. -Virginia St 6/1/22 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LARO, DAVID | 04/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -BK China NY CD | | | | | | | | | |
| 87. -Amer Express Centurion Bank CD | | | | | | | | | |
| 88. -GE Cap BK CD | | | | | | | | | |
| 89. -Bank Baroda NY CD | | | | | Matured | 10/16/13 | M | | |
| 90. -Discover BK CD | | | | | | | | | |
| 91. -Apple Bank CD | | | | | | | | | |
| 92. -St Bank India IL CD | | | | | Matured | 04/24/13 | M | | |
| 93. -Bank of Baroda CD | | | | | Buy | 10/16/13 | M | | |
| 94. IRA | A | Int./Div. | L | T | | | | | |
| 95. -Citigroup Inc. common stock | | | | | | | | | |
| 96. -Citibank NA Bank Deposit Programs | | | | | | | | | |
| 97. Fidelity Ret Fund | C | Dividend | M | T | | | | | |
| 98. -Fidelity Fund K | | | | | | | | | |
| 99. -Fidelity MIP 11 C13 | | | | | | | | | |
| 100. -SPTN 500 Index INST | | | | | | | | | |
| 101. -SPTN 500 Index INST | | | | | Sold | 04/01/13 | K | | |
| 102. -SPTN 500IDX ADV IS | | | | | Buy | 04/01/13 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LARO, DAVID | 04/16/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Capital one (formerly Chevy Chase) Accounts | B | Interest | N | T | | | | | |
| 104. TIAA CREF | A | Dividend | K | T | | | | | |
| 105. -T-C Intl EQ-RTMT | | | | | | | | | |
| 106. -T-C Intl EQ-RTMT | | | | | | | | | |
| 107. -Cref Money Market | | | | | | | | | |
| 108. -Cref Money Market | | | | | | | | | |
| 109. Morgan Stanley Smith Barney Bank Deposit Program Accounts | A | Interest | M | T | | | | | |
| 110. Citibank Accounts | A | Interest | K | T | | | | | |
| 111. 529 Plan #1 | A | Dividend | K | T | | | | | |
| 112. -American Funds Cap World Growth & Inc. | | | | | | | | | |
| 113. -American Funds American Balanced Fund | | | | | | | | | |
| 114. 529 Plan #2 | A | Dividend | K | T | | | | | |
| 115. -American Funds Cap World Growth & Inc. | | | | | | | | | |
| 116. -American Funds American Balanced Funds | | | | | | | | | |
| 117. 529 Plan #3 | B | Dividend | L | T | | | | | |
| 118. -American Funds Cap World Growth & Income | | | | | | | | | |
| 119. -American Funds Cap Income Builder | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LARO, DAVID | 04/16/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -American Funds American Balanced Fund | | | | | | | | | |
| 121.  529 Plan#4 | B | Dividend | L | T | | | | | |
| 122.  -American Funds Cap World Growth & Income | | | | | | | | | |
| 123.  -American Funds Cap Income Builder | | | | | | | | | |
| 124.  -American Funds American Balanced Fund | | | | | | | | | |
| 125.  Ally Bank | C | Interest | O | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| LARO, DAVID | 04/16/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII Investments and Trusts

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ DAVID LARO**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544